**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY VARTANIAN,<br><br>           Plaintiff(s),<br><br>     v.<br><br>WILLIAM RICHARD DALRYMPLE,<br><br>           Defendant(s).<br>_____/ | No. C-14-00665 DMR<br><br>**ORDER GRANTING PLAINTIFF PERMISSION TO FILE ELECTRONICALLY** |

Plaintiff moves the court pursuant to Civil L.R. 5-1(b) for permission to file electronically in the above-captioned matter. [Docket No. 2.] Plaintiff's motion is **granted.**

The court refers Plaintiff to the sections "E-filing Registration Instructions for Pro Se Litigants" on the Court's website, located at http://cand.uscourts.gov/ECF/proseregistration, and "Representing Yourself" located at http://cand.uscourts.gov/proselitigants, as well as the Court's Legal Help Centers for unrepresented parties. In San Francisco, the Legal Help Center is located on the 15th Floor, Room 2796, of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. In Oakland, the Legal Help Center is located on the 4th Floor, Room 470S, of the United States Courthouse, 1301 Clay Street, Oakland.

     IT IS SO ORDERED.

Dated: March 4, 2014

_____
DONNA M. RYU
United States Magistrate Judge