UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY VARTANIAN,

    Plaintiff(s),

v.

WILLIAM RICHARD DALRYMPLE,

    Defendant(s).

No. C-14-00665 DMR

**ORDER TO SHOW CAUSE**

Defendant William Richard Dalrymple filed a motion to dismiss. [Docket No. 9.] Currently, the motion is set for a court hearing on April 24, 2014. Plaintiff is pursuing this action without legal representation. According to the local Court rules, Plaintiff should have filed any brief in opposition to Dalrymple's motion by March 24, 2014. *See* N.D. Cal. Civ. L.R. 7-3. The court has received no such opposition.

The court ORDERS Plaintiff to respond by **April 10, 2014** and explain his failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit his opposition to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by April 10, 2014, Defendant's motion may be granted.

The court further ORDERS that Defendant shall file a reply, if any, to Plaintiff's opposition no later than April 17, 2014.

IT IS SO ORDERED.

Dated: March 31, 2014

DONNA M. RYU
United States Magistrate Judge