United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY VARTANIAN,　　　　　　　　　　　　No. C-14-00665 DMR

　　　　　Plaintiff(s),　　　　　　　　　　　　　　**ORDER TO SHOW CAUSE**

　　v.

WILLIAM RICHARD DALRYMPLE,

　　　　　Defendant(s).
_____/

　　　　Defendant Brandy Mathers has filed a motion to dismiss. [Docket No. 12.] Currently, the motion is set for a court hearing on April 24, 2014. Plaintiff is pursuing this action without legal representation. According to the local Court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by April 2, 2014. *See* N.D. Cal. Civ. L.R. 7-3. The court has received no such opposition.

　　　　The court ORDERS Plaintiff to respond by **April 18, 2014** and explain his failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit his opposition(s) to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by **April 18, 2014**, Defendant's motion may be granted.

　　　　IT IS SO ORDERED.

Dated: April 9, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge