UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY VARTANIAN,

    Plaintiff(s),

v.

WILLIAM RICHARD DALRYMPLE,

    Defendant(s).

No. C-14-00665 DMR

**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

On April 28, 2014, this court dismissed Plaintiff's amended complaint with leave to amend, and required any second amended complaint to be filed by May 7, 2014. The court noted that failure to file a second amended complaint by May 7, 2014 date may result in dismissal of this case for failure to prosecute under Federal Rule of Civil Procedure 41(b).

To date, Plaintiff has not filed a second amended complaint. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: May 8, 2014



DONNA M. RYU
United States Magistrate Judge